**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF KENTUCKY**
**LEXINGTON DIVISION**

IN RE: CHAPTER 11

INTERSTATE EQUIPMENT SALES & RENTALS, INC. CASE NO. 10-50280

DEBTOR

**AMENDMENT TO PETITION**
**(DEBTOR'S NAME)**

Comes Interstate Equipment Sales & Rentals, Inc., as Debtor and Debtor-in-Possession in the above-referenced Chapter 11 bankruptcy case (hereinafter, the "Debtor"), and hereby amends its Petition [Doc. No. 1] to accurately reflect the name of the Debtor:

1. On January 29, 2010, the Debtor filed its voluntary bankruptcy petition for relief under Chapter 11 of Title 11 of the United States Code ("Code") under the name Interstate Equipment Sales & Rental, Inc.

2. The Debtor inadvertently omitted the letter "s" from the word "Rentals." The Debtor's name as reflected in its corporate documents and in the records of the Secretary of State is **Interstate Equipment Sales & Rentals, Inc.**

Respectfully submitted,

**BUNCH & BROCK**

By:   /s/ W. Thomas Bunch
    **W. THOMAS BUNCH**
    271 West Short Street, Suite 805
    P. O. Box 2086
    Lexington, Kentucky 40588-2086
    (859) 254-5522
    (859) 233-1434 FAX
    **PROPOSED ATTORNEYS FOR DEBTOR**

1

## CERTIFICATE OF SERVICE

This is to certify that on this the 1st day of February, 2010 a true and correct copy of the foregoing was served electronically by the Clerk of the Bankruptcy Court in the method established under CM/ECF Administrative Procedures Manual and the Local Court Standing Order dated July 25, 2002, U.S. Trustee and all attorneys of record and by mail, postage prepaid, upon all creditors (list attached hereto for the Court but not mailed with the Amendment).

/s/ W. Thomas Bunch
**W. THOMAS BUNCH**

AAA Mine Service, Inc.
18 Mountain View Drive
Hazard, KY 41701

ABR Construction, Inc.
555 West Fourth Street
Lexington, KY 40508

Accruit LLC
445 Union Blvd, Ste 223
Lakewood, CO 80228

ACT Recycling
7959 Harrison Ave
Cleves, OH 45002

Aflac Insurance
Worldwide Headquarters
1932 Wynnton Rd.
Columbus, GA 31999

Alex Lyon & Sons
PO Box 610, RD #2
Bridgeport, NY 13030

Waltz Business Systems
730 Centre View Blvd
Crestview Hills, KY 41017

Allied Construction Industries
3 Kovach drive
Cincinnati, OH 45215

Allied Construction Products
PO Box 92377
Cleveland, OH 44193

Anderson Equipment Company
PO Box 339
Bridgeville, PA 15017

Anderson, Tate & Carr
1960 Satellite Blvd., Suite 4000
Duluth, GA 30097

Aramark Uniform Service
PO Box 12131
Cincinnati, OH 45212

ASC Construction Equipment
9115 Harris Corners Pkwy, Ste 450
Charlotte, NC 28269

Kent Demolition
711 Lake Street
Kent, OH 44240-0017

Bargers Wrecker
117 N. Porter Drive
Richmond, KY 40475

Barnes Distribution
Dept. Ch 14079
Palatine, IL 60055-4079

Battery Men LLC
1239 Ellis Street
Cincinnati, OH 45223

BB&T Bank
c/o Mr. F. Bruce Tallemy
811 Main St.
Summersville, WV 26651

Blaine Supply Co Inc.
PO Box 764
Dry Ridge, KY 41035

Bob Sumerel Tire Co.
PO Box 633096
Cincinnati, OH 45263

Brandeis Machinery
Dept 8013
Carol Stream, IL 60122

Bridgefield Casualty Insurance Co.
PO Box 80439
Baton Rouge, LA 70898-0439

Bridgefield Casualty Insurance Co.
PO Box 988
Lakeland, FL 33802-0988

Bypass Rental of Richmond
5099 Atwood Drive
Richmond, KY 40475

C&S Auto Glass
711 Pear Court
Winchester, KY 40391

Carquest of Lexington KY
1524 Parkers Mill Road
Lexington, KY 40504

Castle Cleaners
335 Brandon Court
Berea, KY 40403

Caterpillar Financial Services Corp
2120 West End Avenue
Nashville, TN 37203

CBCINNOVIS
PO Box 535595
Pittsburgh, PA 15253

Central Kentucky Industrial
3623 Irvine Rd.
Richmond, KY 40475

Central Pension Fund
Department 76
Washington, DC 20055-0076

Chromate Industrial Corp
PO Box 714905
Columbus, OH 43271-4905

Cintas Corporation
100 Westhampton Drive
Lexington, KY 40511

Cintas Fire and Safety
690 East Crescentville Road
Cincinnati, OH 45246

Citation
1009 Eastland Drive
Lexington, KY 40505

C-M Giant Tire
980 W. New Circle Road
Lexington, KY 40511

CMW, Inc.
400 East Vine Street, Suite 400
Lexington, KY 40507

Cobblestone Harris Williams
PO Box 643851
Pittsburgh, PA 15264-3851

Collins Fire Protection
1054 B Brentwood Court
Lexington, KY 40511

Columbus Equipment Co
PO Box 951400
Cleveland, OH 44193

COMDATA
PO Box 100647
Atlanta, GA 30384-0647

Commerce Lexington, Inc.
PO Box 1968
Lexington, KY 40588-1968

Construction Equipment Guide
470 Maryland Drive
Fort Washington, PA 19034

C-P Badger Attachments
CPE Acquisition Corp
24123 Network Place
Chicago, IL 60673-1241

CPI Qualified Plan Consultants
PO Box 1167
Great Bend, KS 67530-1167

Crescent Springs Hardware
2460 Anderson Road
Crescent Springs, KY 41017

Crystal Clean
PO Box 68123
Indianapolis, IN 46268

Cumberland Security Bank
c/o Mr. Mark Ross
PO Box 70
Somerset, KY 42502

Daily Express, Inc.
PO Box 39
Carlisle, PA 17013

Dallas Mavis
PO Box 933567
Atlanta, GA 31193

Dean, Dorton, & Ford
106 West Vine Street
Ste 600
Lexington, KY 40507

Dell Business Credit
PO Box 5275
Carol Stream, IL 60197-5275

Demolition
PO Box 1699
Doylestown, PA 18901

Diamond Equipment Inc.
1060 Diamond Ave
Evansville, KY 47711

Dolphin Tanker Systems
PO Box 5729
Plant City, FL 33563

Donald L. Swift, III, Esq.
Anderson Tate & Carr, P.C.
One Sugarloaf Center, Suite 4000
1960 Satellite Blvd.
Duluth, GA 30097

Doosan Infracore America Cor
Lockbox 277296
Feldwood Rd
College Park, GA 30349

Doosan Infracore America Cor
2905 Shawnee Industrial Way
Shawnee, GA 30024-3633

Double Z Construction
2550 Harrison Rd
Columbus, OH 43204

East Central Publishing
PO Box 800
Johnston, IA 50131-0800

Eastern Electroplate Inc
277 Midland
Mt. Sterling Industrial Park
Mt. Sterling, KY 40353

Easton Sales & Rentals
16750 Hilltop Place
Chagrin Falls, OH 44023

E-H Integrated Systems
100 Urton Lane
Louisville, KY 40223

Enco
Dept CH 14137
Palatine, IL 60055

ESCO Corporation
3792 Lakepark Dr
Covington, KY 41017

Fabick and Company
PO Box 840151
Kansas City, MO 64184-0151

Fastenal Industrial
PO Box 978
Winona, MN 55987-0978

Fastline Publications
PO Box 248
Buckner, KY 40010

Fifth Third Bank
PO Box 740523
Cincinnati, OH 45274

Fifth Third Bank
250 West Main Street, Suite 100
Lexington, KY 40507

GE Commercial Finance
Credit Dept.
5595 Trillium Blvd.
Hoffman Estates, IL 60192

George M. O'Brien, Inc.
5095 Verbena Drie
Acworth, GA 30101

Grainger
Dept. 840133466
Palatine, IL 60038

G-W Machine Inc
435 Big Hill Ave
Richmond, KY 40475

Holiday Inn Express
1990 Colby Taylor Drive
Richmond, KY 40475

Holston Gases
PO Box 27248
Knoxville, TN 37927

Holston Gases
222 Council Place
Knoxville, TN 37927

Holt Cat
PO Box 911975
Dallas, TX 75391-1975

Holt Equipment
3673 Reliable Parkway
Chicago, IL 60686-0036

Hurst Office Suppliers
PO Box 800
Lexington, KY 40588-0800

Hydraulicircuit Technology
250 Fluid Drive
McDonough, GA 30253

Jewell Attachments, LLC
24125 Network Place
Chicago, IL 60673

Joseph L. Campbell
1125 Southern Hills Drive
Richmond, KY 40475

Joseph L. Campbell
1125 Southern Hills Drive
Richmond, KY 40475

Jones Motor Co., Inc.
PO Box 200
Spring City, PA 19475-0200

Joseph L. Campbell
1125 Southern Hills Drive
Richmond, KY 40475

Kaffenbarger Truck Equipment
3260 East Kemper Rd
Cincinnati, OH 45241

Karen Crain
MMI Logistics & Forwarding
15201 East Freeway, Ste 111
Channelview, TX 77530

Keating Muehing and Kekamp
One East Fourth Street
Ste 1400
Cincinnati, OH 45202

Keen Transport
PO Box 62173
Baltimore, MD 21264-2173

Kentucky Assoc of Hwy Contractors
PO Box 637
Frankfort, KY 40602

Kentucky Revenue Cabinet
PO Box 491
Frankfort, KY 40602

Kentucky State Treasurer
Frankfort, KY 40602

Kermits Hyds and Hose Co
32 Winn Ave
PO Box 869
Winchester, KY 40391

Key Equipment Finance
PO Box 74713
Cleveland, OH 44194-0796

Key Equipment Lease
11030 Circle Point Rd.
Westminister, CO 80020

Key Oil Company
PO Box 2809
Franklin, KY 42135

Kimball Midwest
PO Box 2470
Columbus, OH 43216-2470

Komatsu
c/o Luke Waitkus
One Continental Towers
1701 W. Golf Rd, Ste 300
Rolling Meadows, IL 60008

Leslie Equipment Company
PO Box 1220
Beaver, WV 25813

Lowes
PO Box 530970
Atlanta, GA 30353

Lykins Oil Co
5136 Wolfpen-pleasant Hill Rd.
Milford, OH 45150

Machinery Trader
Accounts Receivable
PO Box 85673
Lincoln, NE 68501-5673

Mark Croley
PO Box 1211
Williamsburg, KY 40769

May Heavy-Equipment Rental & Sales
PO Box 600090
Raleigh, NC 27675-6090

McCoy Weaver Wiggins Cleveland
PO Box 87009
Fayettville, NC 28304-7009

McGraw Hill Construction
7625 Collection Center Drive
Chicago, IL 60693

MH Equipment Company
2235 Reliable Pkwy
Chicago, IL 60686

Michigan Cat
PO Box 77000
Dept #77000
Detroit, MI 48277

Microsoft Financing
CIT Technology Fin. Service
23896 Network Place
Chicago, IL 60673

Middeltown Industrial
1123 Mayde Road
PO Box 526
Berea, KY 40403

Mike Albert Leasing
10340 Evandale Drive
Cincinnati, OH 45241

Mike Albert Leasing
PO Box 643220
Cincinatti, OH 45264-3220

Miller Specialized Transport
8779 Winston Farm Lane
Dayton, OH 45458

Minges Glass Window and Door
9584 Brehm Road
Cincinnati, OH 45252

MSC Industrial Supply
Dept. Ch 0075
Palatine, IL 60055-0075

NAC Heavy Highway
623 Blue Sky Parkway
Lexington, KY 40509

Nandino Industrial Electric
897-7 Nandino Blvd.
Lexington, KY 40511

Nesbitt Engineering, Inc.
227 North Upper Street
Lexington, KY 40507-1016

Occupational Medicine
646 University Shopping
Richmond, KY 40475

Ohio Cat
PO Box 931029
Cleveland, OH 44193

Ohio Department of Taxation
PO Box 530
Columbus, OH 43216-0530

Ohio Hydraulics
2510 East Sharon Road
Cincinnati, OH 45241-1891

Ohio Operating Engineers
PO Box 710922
Columbus, OH 43271-0922

Ohio Treasurer of State
PO Box 16560
Columbus, OH 43216-6560

Parsleys General Tire
2006 N. Main Street
London, KY 40741

Pathway Transport LLC
PO Box 630468
Highlands Ranch, CO 80163

Pfau, Pfau & Marando
PO Box 9070
Youngstown, OH 44513

Pitney Bowes Global
Financial Services LLC
PO Box 856460
Louisville, KY 40285-6460

Preferred Products
5027 Atwood Drive
Suite #4
Richmond, KY 40475

Purchase Power
PO Box 856042
Louisville, KY 40285-6042

Randall and Associates
1031 Woodland Drive
Richmond, KY 40475

Redline Properties
3277 Lexington Rd.
Richmond, KY 40475

Redline Properties, LLC
102 Sundae Dr.
Richmond, KY 40475-8540

Republic Diesel
PO Box 35650
Louisville, KY 40232

Resilience Capital Partners, LLC
25201 Chagrin Blvd., Suite 350
Cleveland, OH 44122

RHI Transportation
PO Box 127
Newport, KY 41076

Riverfront Steel
10310 S. Medallion Drive
Cincinnati, OH 45241

R-L Carriers Inc
PO Box 713153
Columbus, OH 43271

R-M Welding Products
105 Williams way
Wilder, KY 41076

RMI Corporation
40 Darling Dr
Avon, CT 06001

Rock and Dirt
174 4th Street
Crossville, TN 38557

Rock and Dirt
PO Box 489
Crossville, TN 38557

Roland Machinery Co.
220 E. Frontage Road
Bolingbrook, IL 60440

ROMAC Industrial Parts Inc.
6074 Bell Park Circle
Woodstock, GA 30188

Rudd Equipment Co
Deprtment 77432
Detroit, MI 48277

S&S Tire
1316 Cahill Dr.
Lexington, KY 40504-1164

Scott Gross Co
664 Magnolia Ave
Lexington, KY 40505

Stafford Equipment
PO Box 277524
Atlanta, GA 30384

Statewide Alarms
1400 N. Providence Rd, Suite 3055
Media, PA 19063-2068

Steven C. Coffaro, Esq.
Keating, Muething & Klekamp
1400 Provident Tower
One East Fourth Street
Cincinnati, OH 45202-3752

Strothman & Company PSC
325 West Main street
Louisville, KY 40202

Superior Heating & A/C Inc.
422 N. 2nd Street
Richmond, KY 40475

Superior Sign Service
1065 Berea Rd
Richmond, KY 40475

TAG Manufacturing Inc.
PO Box 23667
Chattanooga, TN 37422

The Allen Company
3009 Atkinson Ave
Lexington, KY 40509

The Jameson Inn of Richmond
2006 Colby Taylor Drive
PO Box 370
Richmond, KY 40476-0370

The Piston
PO Box 630495
Cincinnati, OH 45263-0495

Tony Sterwerf Trucking LLC
1100 Morman Rd.
Hamilton, OH 45215

Tri State Wire Rope Supply
5246 Wooster Road
Cincinnati, OH 45226

Truck & Trailer Access
PO Box 800
Johnston, IA 50131-0800

Truck Paper
PO Box 85673
Lincoln, NE 68501-5673

Truck Supplies, Inc.
PO Box 11460
Lexington, KY 40575

U Brothers Equipment
PO Box 202408
Dallas, TX 75320-2408

Uni International America
100 Corey Avenue
St. Petersburg, FL 33706

Wallingford Broadcasting Company
PO Box 281
Irvine, KY 40336

Whayne Supply Company
Department 8326
Carol Stream, IL 60122-8326

Wilcox 1 Lockland
2701 Spring Grove Avenue
Cincinnati, OH 45225