UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION

IN RE:

| | | |
|---|---|---|
| INTERSTATE EQUIPMENT SALES & | ) | CASE NO. 10-50280 |
| RENTALS, INC. | ) | CHAPTER 11 |
| DEBTOR | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

**NOTICE OF APPEARANCE, REQUEST FOR SERVICE
OF PAPERS, AND RESERVATION OF RIGHTS**

PLEASE TAKE NOTICE that Branch Banking & Trust Co. ("BB&T"), a creditor and party-in-interest herein, hereby appears by its undersigned counsel, in accordance with Bankruptcy Rule 9010, and requests, as provided in 11 U.S.C. Section 102(1) and 342 and Bankruptcy Rules 2002 and 9007, that all notices given or required to be given and all papers served or required to be served in this case be given to and served on the attorney at the address set forth below:

Lea Pauley Goff, Esq.
Stoll Keenon Ogden PLLC
500 W. Jefferson Street
2000 PNC Plaza
Louisville, Kentucky   440202
Telephone:  (502) 333-6000
Facsimile:   (502) 333-6099
E-mail: lea.goff@skofirm.com

PLEASE TAKE FURTHER NOTICE that the foregoing request includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any petition, pleading, complaint, hearing, application, motion, request, or demand, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex, telecopy, or otherwise which affect or seek to affect in any way any rights or interests of BB&T.

## CERTIFICATE OF SERVICE

This is to certify that a true and accurate copy of the foregoing Notice was served on the following interested parties via electronic filing or via United States Mail, First Class, postage prepaid, this 3rd day of February, 2010.

Stoll Keenon Ogden PLLC
500 West Jefferson Street
2000 PNC Plaza
Louisville, Kentucky  40502

By: /s/ Lea Pauley Goff

## SERVICE LIST

W. Thomas Bunch, Sr.
Peter J.W. Brackney
Bunch & Brock
P.O. 2086
Lexington, KY 40507
Counsel for Debtor

Philip Hanrahan
Office of the U.S. Trustee
100 E. Vine Street, #500
Lexington, KY 40507

Interstate Equipment Sales & Rentals, Inc.
901 Four Mile Road
Richmond, KY 40475
Debtor

and all parties requesting CM/ECF notification

LEX 104098/119378/3747116