**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON**

IN RE:

**INTERSTATE EQUIPMENT SALES
& RENTAL, INC.**                                                  **CASE NO. 10-50280**

**DEBTOR**

**BANKRUPTCY JUDGE'S MINUTES OF HEARING ON
FIRST DAY MOTIONS**

DATE: WEDNESDAY, FEBRUARY 3, 2010                    PLACE: LEXINGTON
        1:30 P.M.

**APPEARANCES:**
  **Thomas Bunch**
  **Peter Brackney**
  **Lea Goff**
  **Jamie Brodsky**
  **Adam Back**
  **Taft McKinstry**
  **Chris Colson**
  **Tyler Powell**
  **Ellen Sharp**
  **Phil Hanrahan**

01-29-10    MOTION of debtor for order authorizing payment of pre-petition accrued employee wages, salaries, 1099 income, withheld taxes and benefits **[#5]**

    **Agreed order.**

                            * * * * * *

01-29-10    MOTION of debtor for an interim and final order (1) prohibiting utilities from altering, refusing or discontinuing service to the debtor, and 2) establishing procedures for (a) determining requests for assurance of payment, and (b) modifying the amount of assurance payment that a utility demands as adequate **[#6]**

2-3-10 @ 12:15 pm

                **Parties to tender agreed order sustaining on an interim basis. Final hearing on Feb. 18 at 1:30.**

* * * * * *

| | |
|---|---|
| **01-29-10** | MOTION of debtor for order to authorize continued use of existing business forms and records and authorizing maintenance of existing corporate bank accounts and cash management system **[#7]** |
| | **Sustained.** |
| **02-01-10** | AMENDMENT to debtor's motion for order authorizing continued use of business forms **[#12]** |
| **02-02-10** | OBJECTION of U.S. Trustee **[#21]** |
| | **Objection overruled as pertaining to reserve account at Cumberland Security. Continued to Feb. 12 at 2 pm as to operating account at Cumberland Security and the account at Wells Fargo. Other parts of objection orally agreed to by debtor's counsel during hearing. Any other part of objection not agreed to by debtor is overruled.** |

* * * * * *

| | |
|---|---|
| **01-29-10** | EMERGENCY MOTION of debtor for order approving shortened and limited notice of expedited hearing on certain first day motions and applications **[#8]** |
| | **Sustained.** |

* * * * * *

| | |
|---|---|
| **02-03-10** | EMERGENCY MOTION of debtor for order approving use of cash collateral **[#28]** |
| | **Sustained on an interim basis. Hearing to be Feb. 12 at 2 pm.** |

2-3-10 @ 12:15 pm

~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~
*The affixing of this Court's electronic seal below is proof this document has been signed by the Judge and electronically entered by the Clerk in the official record of this case.*



**Signed By:**
*Joseph M. Scott, Jr.*
**Bankruptcy Judge**
**Dated: Wednesday, February 03, 2010**
(jms)