**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION**

| | |
|---|---|
| IN RE: | CHAPTER 11 |
| INTERSTATE EQUIPMENT SALES & RENTALS, INC. | CASE NO. 10-50280 |
| DEBTOR | |

### RE-NOTICE OF MOTION

Notice is hereby given that the "Emergency Motion for an Order Approving the Use of Cash Collateral" (Doc. No. 27) noticed for hearing on March 2, 2010 at 10:00 a.m., will be heard by the Court on **March 5, 2010 at 9:30 a.m.**, prevailing time, in the Second Floor Courtroom, 100 East Vine Street, Lexington, Kentucky.

**BUNCH & BROCK**

BY:    /s/ W. Thomas Bunch
**W. THOMAS BUNCH**
805 Security Trust Building
271 West Short Street
Lexington, Kentucky 40507
(859) 254-5522
(859) 233-1434 FAX

ATTORNEYS FOR DEBTORS

### CERTIFICATE OF SERVICE

This is to certify that on this the 24th day of February, 2010, a true and correct copy of the foregoing was served electronically by the Clerk of the Bankruptcy Court in the method established under CM/ECF Administrative Procedures Manual and the Local Court Standing Order dated July 25, 2002, U.S. Trustee and all attorneys of record and by e-mail, on February 24, 2010 upon:

Alex Lyon & Sons            glenn@lyonauction.com
ASC Construction Equipment  jean.hendrix@ascvolvo.com

Interstate\ReNotice of Motion

| | |
|---|---|
| Brandeis Machinery | ed_orrill@bramco.com |
| Bridgefield Casualty Ins. Co. | marie.fisher@summitholdings.com |
| Columbus Equipment Co. | mikes@colsequipment.com |
| Jones Motor Co. | jsheffer@jonesmotor.com |
| Kent Demolition | larrywi@frdusa.com |
| Kentucky Revenue Cabinet | barbara.kenney@ky.gov |
| Machinery Trader | jeff@machinerytrader.com |
| Mark Croley | markcroley@yahoo.com |
| Mark Croley | mark@interstateequipment.com |
| NAC Heavy Highway | brian@nacheavyhwy.com |
| Pathway Transport | pathwaytransportllc@comcast.net |
| Redline Properties | joe@interstateequipment.com |
| Rock and Dirt | accounts@rockanddirt.com |
| Strothman & Company | bmeyer@strothman.com |

and by mail on February 24, 2010, upon:

| | |
|---|---|
| Kentucky State Treasurer<br>Frankfort, KY 40602 | Ohio Department of Taxation<br>PO Box 530<br>Columbus, OH 43216-0530 |
| Microsoft Financing<br>c/o CIT Technology Fin. Services<br>23896 Network Place<br>Chicago, IL 60673-1238 | Ohio Treasurer of State<br>PO Box 16560<br>Columbus, OH 43216-6560 |
| Mike Albert Leasing<br>PO Box 643220<br>Cincinnati, OH 45264-3220 | |

    /s/ W. Thomas Bunch
**W. THOMAS BUNCH**